# Exhibit "1"

Filing # 109978990 E-Filed 07/09/2020 08:40:34 AM

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

SUSAN SAUNDERS

    Plaintiff,

-vs-

J.P. MORGAN TREASURY             CASE NO.:
TECHNOLOGIES CORPORATION and
CBRE, INC.

    Defendants.
_____/

## COMPLAINT

Plaintiff SUSAN SAUNDERS, by and through their undersigned attorneys, and sue Defendants, J.P. MORGAN TREASURY TECHNOLOGIES CORPORATION ("JP MORGAN") and CBRE, INC. alleging as follows:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material hereto, Plaintiff, SUSAN SAUNDERS, was a resident of Hillsborough County, Florida.

3. At all times material hereto, the Defendant, J.P. MORGAN, was authorized and doing business in Hillsborough County, Florida.

4. At all times material hereto, Defendant, J.P. MORGAN, owned the property located at 10430 Highland Manor Drive, Tampa, Florida

5. At all times material hereto, the Defendant, CBRE, INC., was authorized and doing business in Hillsborough County, Florida.

6. CBRE, INC. was the property management company or the maintenance company hired by J.P. MORGAN to make repairs on the property and maintain the property both prior to and following March 21, 2019.

7. On March 21, 2019, the Plaintiff, SUSAN SAUNDERS, went to the J.P. MORGAN, as a business invitee and encountered a broken and/or raised concrete on the sidewalk causing her to fall violently to the ground sustaining injuries.

## COUNT I – NEGLIGENCE – J.P. MORGAN

8. Defendant, J.P. MORGAN, owed the Plaintiff, SUSAN SAUNDERS, a business visitor upon the premises, the duty to exercise reasonable care for the safety of Plaintiff, SUSAN SAUNDERS.

9. Defendant, J.P. MORGAN, breached the duty owed to the Plaintiff, SUSAN SAUNDERS, by committing one or more of the following omissions or commissions:

    a. Negligently failed to maintain or adequately maintain the sidewalk near the entrance of building by failing to repair or correct the raised portion of the concrete;

    b. Negligently failed to inspect or adequately inspect the sidewalk on the property to ensure it did not present any tripping hazards;

c. Negligently failed to warn or adequately warn the Plaintiff, SUSAN SAUNDERS, of the danger when the Defendant, J.P. MORGAN knew or should have known of said danger and that the Plaintiff, SUSAN SAUNDERS, was unaware of said danger; and

d. Negligently failed to correct, or adequately correct the dangerous condition when said dangerous condition outlined above was known to the Defendant, J.P. MORGAN, or had existed for a sufficient length of time so that the Defendant should have known of it.

10. As a direct and proximate cause of the negligence of the Defendant, J.P. MORGAN, as heretofore alleged, the Plaintiff, SUSAN SAUNDERS, tripped on the raised broken piece of concreate sustaining injuries.

11. As a direct and proximate result of the negligence of the Defendant, J.P. MORGAN, as heretofore alleged, the Plaintiff, SUSAN SAUNDERS, was injured in and about her body and extremities; incurred medical expenses for the treatment of said injuries; incurred pain and suffering of both a physical and mental nature; incurred a permanent injury to the body as a whole; incurred loss of ability to lead and enjoy a normal life; incurred loss of wages and a loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff, SUSAN SAUNDERS, will sustain said loss in the future.

WHEREFORE, the Plaintiff, SUSAN SAUNDERS, demands judgment against the Defendant, J.P. MORGAN TREASURY TECHNOLOGIES CORPORATION, in an amount in excess of Thirty Thousand ($30,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

## COUNT II - NEGLIGENCE – CBRE, INC.

12. Defendant, CBRE, INC. owed the Plaintiff, SUSAN SAUNDERS, a business visitor upon the premises, the duty to exercise reasonable care for the safety of Plaintiff, SUSAN SAUNDERS.

13. Defendant, CBRE, INC. breached the duty owed to the Plaintiff, SUSAN SAUNDERS, by committing one or more of the following omissions or commissions:

   a. Negligently failed to maintain or adequately maintain the sidewalk near the entrance of building by failing to repair or correct the raised portion of the concrete;

   b. Negligently failed to inspect or adequately inspect the sidewalk on the property to ensure it did not present any tripping hazards;

   c. Negligently failed to warn or adequately warn the Plaintiff, SUSAN SAUNDERS, of the danger when the Defendant knew or should have known of said danger and that the Plaintiff, SUSAN SAUNDERS, was unaware of said danger; and

   d. Negligently failed to correct, or adequately correct the dangerous condition when said dangerous condition outlined above was known to the Defendant, or had existed for a sufficient length of time so that the Defendant should have known of it.

14. As a direct and proximate cause of the negligence of the Defendant, CBRE, INC., as heretofore alleged, the Plaintiff, SUSAN SAUNDERS, tripped on the raised broken piece of concreate sustaining injuries.

15. As a direct and proximate result of the negligence of the Defendant, CBRE, INC., as heretofore alleged, the Plaintiff, SUSAN SAUNDERS, was injured in and about her body and extremities; incurred medical expenses for the treatment of said injuries; incurred pain and suffering of both a physical and mental nature; incurred a permanent injury to the body as a whole; incurred loss of ability to lead and enjoy a normal life; incurred loss of wages and a loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff, SUSAN SAUNDERS, will sustain said loss in the future.

WHEREFORE, the Plaintiff, SUSAN SAUNDERS, demands judgment against the Defendant, CBRE, INC., in an amount in excess of Thirty Thousand ($30,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this ___8___ day of July, 2020.

*Joseph A. Kopacz*
Joseph A. Kopacz, Esq.
Morgan & Morgan Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 0046789
Attorney for Plaintiff



# Case Information

### Case Number: 20-CA-005603
### Uniform Case Number: 292020CA005603A001HC
### SAUNDERS, SUSAN vs J.P. MORGAN TREASURY TECHNOLOGIES CORPORATION

- Icon Keys
- Summary
- Parties
- Events\Documents
- Financial
- File Location
- Related Cases

Filter Events Dates: From | To | Filter

Show 25 entries | Column visibility | Excel | CSV | Search:

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| | 2 | 07/09/2020 | CIVIL COVER SHEET | | | |
| | 3 | 07/09/2020 | COMPLAINT | | | |
| | 5 | 07/09/2020 | DESIGNATION OF CURRENT MAILING AND E-MAIL ADDRESS | | | |
| | 12 | 07/13/2020 | E-FILED SUMMONS ISSUED | x2 JKopacz@forthepeople.com; DKnetzer@forthepeople.com | | |
| | 12 | 07/13/2020 | E-FILED SUMMONS ISSUED | x2 JKopacz@forthepeople.com; DKnetzer@forthepeople.com | | |
| | 1 | 07/09/2020 | File Home Location - Electronic | | | |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| | 10 | 07/09/2020 | NOTICE OF SERVICE OF INTERROGATORIES | | | |
| | 11 | 07/09/2020 | NOTICE OF SERVICE OF INTERROGATORIES | | | |
| | 4 | 07/09/2020 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) | | | |
| | 6 | 07/09/2020 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) | | | |
| | 7 | 07/09/2020 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) | | | |
| | 8 | 07/09/2020 | REQUEST TO PRODUCE | | | |
| | 9 | 07/09/2020 | REQUEST TO PRODUCE | | | |

Showing 1 to 13 of 13 entries      Previous  1  Next


Exit Case Details

© 2020 - Hillsborough County Clerk of the Circuit Court

p

https://hover.hillsclerk.com/html/case/caseSummary.html                 7/15/2020

## CASE NUMBER: 20-CA-005603
## SAUNDERS, SUSAN vs J.P. MORGAN TREASURY TECHNOLOGIES CORPORATION

Case Number: 20-CA-005603
Uniform Case Number: 292020CA005603A001HC
Filed On: 2020-07-09
Case Type: Premises Liability-Commercial
Case Status: Open

Judicial Officer: Battles, L. Emmett
Defendant: J.P. MORGAN TREASURY TECHNOLOGIES CORPORATION
Amount Due: $0.00

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|
| Defendant | CBRE INC | | |
| Defendant | J.P. MORGAN TREASURY TECHNOLOGIES CORPORATION | | |
| Plaintiff | SAUNDERS, SUSAN | KOPACZ , JOSEPH ANTHONY | 813-223-5505 |

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Battles, L. Emmett | Division H | 07/13/2020 | |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 07/13/2020 | 12 | | E-FILED SUMMONS ISSUED |
| | | | x2 JKopacz@forthepeople.com; DKnetzer@forthepeople.com |
| | | | "Defendant: CBRE INC","Defendant: J.P. MORGAN TREASURY TECHNOLOGIES CORPORATION" |
| 07/09/2020 | 11 | | NOTICE OF SERVICE OF INTERROGATORIES |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| 07/09/2020 | 9 | | REQUEST TO PRODUCE |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| 07/09/2020 | 7 | | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| 07/09/2020 | 5 | | DESIGNATION OF CURRENT MAILING AND E-MAIL ADDRESS |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| 07/09/2020 | 4 | | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| 07/09/2020 | 3 | | COMPLAINT |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| 07/09/2020 | 2 | | CIVIL COVER SHEET |
| | | | "Plaintiff: SAUNDERS, SUSAN" |
| 07/09/2020 | 1 | | File Home Location - Electronic |